# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jack A. Demay and Nancy Demay, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> Wells Fargo Home Mortgage, Inc., <br><br> Defendant. | Case No. 3:16-cv-04733-EDL <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL OF THE DEMAYS' INDIVIDUAL CLAIMS AGAINST WELLS FARGO WITH PREJUDICE AND PUTATIVE CLASS CLAIMS AGAINST WELLS FARGO WITHOUT PREJUDICE** |

Based upon the Stipulation of Dismissal of the Demays' individual claims against Wells Fargo with Prejudice, and Putative Class claims against Wells Fargo without Prejudice, this Court hereby orders the action to be, and is, dismissed with Prejudice as to the Demays' individual claims against Wells Fargo, and without Prejudice as to the Putative Class claims against Wells Fargo. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 31, 2017

*Haywood S. Gilliam Jr.*

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE